UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:15-cv-22941-RNS

JENNIFER SANTOS, individually,

    Plaintiff,

v.

VISION FINANCIAL COLLECTION
SERVICES, CORP., a New York corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff and Defendant hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim and afford the parties thirty (30) days to file necessary dismissal papers.

    Respectfully submitted this 19th day of January, 2016.

    BRET L. LUSSKIN, Esq.
    *Attorney for Plaintiff*
    20803 Biscayne Blvd., Ste 302
    Aventura, FL 33180
    Telephone: (954) 454-5841
    Facsimile: (954) 454-5844
    blusskin@lusskinlaw.com

    By: /s/ Bret L. Lusskin, Esq.
        Bret L. Lusskin, Esq.
        Florida Bar No. 28069

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 19th day of January, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                                                BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
      Bret L. Lusskin, Esq.
      Florida Bar No. 28069