United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jennifer Santos, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 15-22941-Civ-Scola |
| | ) |
| Vision Financial Collection Services, Corp., Defendant | ) |

### Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stipulation of Dismissal, ECF No. 15). The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on February 23, 2016.

_____
Robert N. Scola, Jr.
United States District Judge